**FILED**

AUG 10 2009

CLERK
NORTHERN ... URT
... IFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS GLEN POWLES,<br><br>    Defendant. | No. CR-09-00685<br><br>**STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER**<br><br>Honorable Patricia V. Trumbull |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, that the hearing date presently set for August 18, 2009, at 9:30 a.m., is continued to August 19, 2009, at 11:00 a.m.

IT IS SO ORDERED.

Dated: 8/10, 2009

*(signature)*
PATRICIA V. TRUMBULL
United States Magistrate Judge

**STIPULATION TO CONTINUE
HEARING; [PROPOSED] ORDER
No. CR-09-00685**      2