```
JACK GORDON; SBN 169380
95 S. Market St., Ste 300
San Jose, CA 95113
(408)286-1351

Appearing Specially for Defendant,
Francisco Torres-Felix
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR07-00106 RMW |
| Plaintiff, | |
| vs. | NOTICE OF APPEAL |
| FRANCISCO TORRES-FELIX, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

   NOTICE IS HEREBY GIVEN that defendant FRANCISCO TORRES-FELIX, appeals the judgment and sentence, after plea, entered in the above action on or about November 16, 2009.

   The defendant is without means to retain counsel on appeal and hereby requests appointment of counsel.

Dated: 11/25/09                     Respectfully submitted,

                                    /s/
                                    _____
                                    Jack Gordon
                                    Appearing Specially for Defendant

1